# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCES JIMENEZ, | ) | 1:07cv1689 LJO DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION |
| | ) | |
| v. | ) | (Document 8) |
| | ) | |
| SULLIVAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, appearing pro se, filed the instant action on November 21, 2007.

On August 27, 2008, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED for Plaintiff's failure to state a claim upon which relief can be granted. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. On September 29, 2008, plaintiff filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated August 27, 2008, is ADOPTED IN FULL; and
2. The action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:    October 3, 2008                    /s/ Lawrence J. O'Neill**

1

UNITED STATES DISTRICT JUDGE